UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CIARA WILLIAMS,

      Plaintiff,                          CASE NO.: 6:26-cv-00214-CEM-NWH

vs.

WAYFAIR, LLC,

      Defendant.

_____/

## DEFENDANT'S SUPPLEMENTAL LOCAL RULE 3.01(g) CERTIFICATION

Defendant, WAYFAIR, LLC ("Defendant"), by and through undersigned counsel and pursuant to Local Rule 3.01(g)(3) supplements the Local Rule 3.01(g) Certificate contained in its recent Motion to Dismiss Implausible Claims and to Compel Arbitration and Stay Judicial Proceedings of the Arbitrable Claims. [Doc. No. 11]. In support thereof, Defendant states as follows:

1.     On June 29, 2026, Defendant filed a Motion to Dismiss Implausible Claims and to Compel Arbitration and Stay Judicial Proceedings of the Arbitrable Claims (the "Motion"). [Doc. No. 11].

2.     In compliance with Local Rule 3.01(g), Defendant attempted to confer with Plaintiff on June 29, 2026, via telephone regarding the relief sought in the Motion.

3.     Counsel for Defendant was unable to reach Plaintiff and advised the Court of this in its Local Rule 3.01(g) Certificate.

FP 64802660.1

4.      On July 2, 2026, counsel for Defendant and Plaintiff conferred via telephone regarding the relief sought in the Motion.

5.      In compliance with Local Rule 3.01(g)(3) regarding unavailability, counsel for Defendant now hereby supplements its Local Rule 3.01(g) Certificate with the following:

On July 2, 2026, counsel for Defendant conferred with Plaintiff via telephone regarding the relief sought in the Motion. Plaintiff is opposed to the relief sought in the Motion in its entirety.

Date: July 2, 2026.                          Respectfully submitted,


                                             /s/ Brett P. Owens
                                             Brett P. Owens, B.C.S.
                                             Florida Bar No.: 0112677
                                             bowens@fisherphillips.com
                                             Shannon E. Murphy, Esq.
                                             Florida Bar No.: 1048855
                                             semurphy@fisherphillips.com
                                             FISHER & PHILLIPS LLP
                                             401 East Jackson St, Ste 3100
                                             Tampa, FL 33602
                                             Telephone:   (813) 769-7500
                                             *Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I certify that on July 2, 2026, a true and correct copy of the foregoing document was filed and served via the Court's ECF filing system to the following parties:

Ciara Williams
2940 Summer Isles Dr
Kissimmee, FL 34746
Email: Ciarawilliams1219@gmail.com

Plaintiff, *Pro Se*

/s/ *Brett P. Owens*
Brett P. Owens, B.C.S.

3

FP 64802660.1